■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MAUREEN CONWAY, Appellant.—Judgment unanimously affirmed. Memorandum: We reject defendant's contention that the evidence at trial was insufficient to establish that she had been driving while intoxicated. The uncontroverted trial testi-

mony was sufficient to establish that defendant had been operating a motor vehicle while she was "incapable of employing the physical and mental abilities which [she was] expected to possess in order to operate a vehicle as a reasonable and prudent driver" *(People v Cruz,* 48 NY2d 419, 428, *appeal dismissed* 446 US 901; *see, People v Cole,* 178 AD2d 1016; *People v DeBlase,* 142 AD2d 926; *People v Ottomanelli,* 107 AD2d 212, 216-217, *lv denied* 66 NY2d 617).

We have examined defendant's other contention and find it to be without merit. (Appeal from Judgment of Supreme Court, Erie County, Forma, J.—Felony Driving While Intoxicated.) Present—Callahan, J. P., Green, Pine, Boehm and Davis, JJ.